1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SANTOS CHAVEZ,                    )        No. C 11-0153 LHK (PR)
11                                 )
                  Petitioner,      )        JUDGMENT
12                                 )
    v.                             )
13                                 )
                                   )
14   WARDEN R. GROUNDS,            )
                                   )
15                 Respondent.     )
                                   )
16   _____

17          An order of judgment is hereby entered DISMISSING this action for failure to state a

18   claim.

19          IT IS SO ORDERED.

20   DATED:    2/17/11                    _____
                                          LUCY H. KOH
21                                        United States District Judge

22

23

24

25

26

27

28

Judgment
P:\PRO-SE\SJ.LHK\HC.11\Chavez153jud.wpd